UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:17-cv-1429 AC P |
| Plaintiff, | |
| v. | ORDER |
| KALIL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a request to have this action transferred to the state superior court with jurisdiction over cases arising at Folsom State Prison. ECF No. 17. This action was originally brought in this court and this court therefore has no authority to remand or transfer it to the Sacramento County Superior Court. If plaintiff wishes to voluntarily dismiss this action and file a complaint in state court, he is free to do so. This court takes no position on the consequences of that course of action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to transfer this case to the state superior court (ECF No. 17) is denied.

DATED: August 22, 2019

_allison claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE