UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:17-cv-1429 AC P |
| Plaintiff, | |
| v. | ORDER |
| KALIL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a document titled "Objections to the Magistrate Findings," in which he objects to the order denying his motion to have this case transferred to the Sacramento County Superior Court. ECF No. 19. It appears that he is seeking to object to a nondispositive order, as provided in Federal Rule of Civil Procedure 72(a). A district judge will therefore be assigned to consider the objections.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

DATED: November 26, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE