IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br> M. KALIL, et al., <br><br>　　　　　　　　　　Defendants. | 2:17-cv-01429-TLN-AC <br><br> ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

On August 31, 2020, Zakiya Jahan requested the court appoint her as guardian ad litem for her father, defendant M. Khalil.  ECF No. 30.  Defendants state that Khalil is now medically incapacitated and is not expected to improve for the duration of this action, and is accordingly, unable to participate in his own defense.  Id. ¶ 2.  Zakiya Jahan is over the age of 18 and declares that she is willing and competent to serve as guardian ad litem for her father.  Id. ¶¶ 4, 5.

On September 31, 2020, plaintiff filed a statement of non-opposition.  ECF No. 31.  Accordingly, the petition for an order appointing Zakiya Jahan as guardian ad litem for defendant M. Khalil (ECF No. 30) is granted.

DATED: October 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE