UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | No. 2:17-cv-01429-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| M. KALIL, et al., | |
| Defendants. | |

Plaintiff Christopher Lipsey, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 41.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 10, 2021 (ECF No. 41), are ADOPTED IN FULL;

1

  2. Defendants' Motion to Dismiss (ECF No. 38) is GRANTED IN PART and DENIED IN PART as follows:

    a. GRANTED as to Plaintiff's request for injunctive relief, and

    b. DENIED in all other respects.

  3. Defendants shall file an answer to the amended complaint within twenty-one days of the electronic filing of this order.

  IT IS SO ORDERED.

DATED: April 13, 2021

                Troy L. Nunley
                United States District Judge