UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. KALIL, et al., <br><br> Defendants. | No. 2:17-cv-1429 TLN AC P <br><br><br> ORDER |

On August 27, 2021, defendants filed a motion for summary judgment. ECF No. 49. The time for responding has now passed, and plaintiff has not opposed the motion or requested an extension of time. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the service of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in the dismissal without prejudice of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 5, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE