UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>           Plaintiff,<br><br>       v.<br><br>M. KALIL, et al.,<br><br>           Defendants. | No.  2:17-cv-1429 TLN AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to compel discovery responses from defendant Hamad.  ECF No. 66.  However, plaintiff has failed to provide defendant's responses or objections to the requests or to explain why the responses are deficient.  The court is therefore unable to assess the merits of the motion.  Furthermore, by order filed September 13, 2021, discovery in this action was stayed except to the extent that plaintiff was given an opportunity to file a motion to compel responses to any exhaustion-related discovery requests that he had already served; the time for making such a motion has since passed.  It further appears that the requests at issue in plaintiff's current motion were not served until October 12, 2021, and plaintiff did not seek leave of the court to pursue additional discovery related to exhaustion.  Finally, the court notes that the substance of the requests appears largely duplicative of those already addressed by the court in ruling on plaintiff's previous two motions to compel.  See ECF No. 65.

1  Accordingly, for all the reasons explained above, IT IS HEREBY ORDERED that
2  plaintiff's motion to compel, ECF No. 66, is DENIED.
3  DATED: February 15, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE