UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. KALIL, et al.,<br><br>　　　　　Defendants. | No.  2:17-cv-1429 TLN AC P<br><br><br>ORDER |

　　　　Defendants have filed a motion to stay this case and vacate deadlines in light of the settlement of plaintiff's claims in Coleman v. Newsom, No. 2:90-cv-0520 KJM DB (E.D. Cal.), which included a global settlement of all of plaintiff's active cases.  ECF No. 73.  Because the settlement in Coleman is subject to approval by the district judge, defendants request that this action be stayed and all deadlines vacated pending approval of the settlement agreement.  Id. at 2.

　　　　The only matters currently pending in this case are defendants' motion for summary judgment and plaintiff's motion for reconsideration.  Defendants' reply in support of their motion for summary judgment is currently due March 30, 2022, ECF No. 72, and a response to plaintiff's motion for reconsideration is required "only as directed by the court," ECF No. 45 at 6.  The court will therefore grant the motion and stay briefing on the motion for summary judgment pending approval of the settlement agreement.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay (ECF No. 73) is GRANTED and briefing on the motion for summary judgment is STAYED pending approval of the settlement agreement in <u>Coleman v. Newsom</u>, No. 2:90-cv-0520 KJM DB (E.D. Cal.).

2. In the event the settlement agreement is not approved, within one day of the order disapproving the settlement agreement defendants shall file a notice advising the court that the settlement agreement was not approved. Defendants may file a reply in support of their motion for summary judgment within seven days of that notice.

DATED: March 25, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE